# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1461**
**CA 14-00509**
PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF CHRISTOPHER PRATT,
PETITIONER-APPELLANT,

                          V                                    ORDER

ANTHONY ANNUCCI, ACTING COMMISSIONER, DEPARTMENT
OF CORRECTIONS AND COMMUNITY SUPERVISION,
RESPONDENT-RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (LEAH R. NOWOTARSKI OF
COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (ALLYSON B. LEVINE OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---------------------------------------------------------------------------------------------------------

    Appeal from a judgment (denominated order) of the Supreme Court,
Wyoming County (Michael M. Mohun, A.J.) entered February 26, 2014 in a
proceeding pursuant to CPLR article 78.  The judgment dismissed the
petition.

    It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455).

Entered:  February 6, 2015                    Frances E. Cafarell
                                              Clerk of the Court